JLG:WHB
F. #2026R00560

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSE REYNALDO ARGUETA-VENTURA,
also known as "Carlos Argueta" and
"Juan Portillo,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

Case No. 26-MJ-179 (ST)

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

CRAIG LIMONCELLI, being duly sworn, deposes and states that he is a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE-ERO"), duly appointed according to law and acting as such.

ILLEGAL REENTRY

On or about October 18, 2025, within the Eastern District of New York, the defendant JOSE REYNALDO ARGUETA-VENTURA, also known as "Carlos Argueta" and "Juan Portillo," an alien who had previously been removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States Department of Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with ICE-ERO, and have been involved in the investigation of numerous cases involving the illegal reentry of aliens and their efforts to avoid apprehension. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record and his immigration file; and from reports of other law enforcement officers involved in the investigation.

2. The defendant JOSE REYNALDO ARGUETA-VENTURA, also known as "Carlos Argueta" and "Juan Portillo," is a citizen and national of El Salvador.

3. On or about March 27, 2009, the defendant was arrested under the alias "Carlos Argueta," also known as "Juan Portillo," by the Los Angeles County Sheriff's Department, and charged with murder, in violation of California Penal Code § 187(a). On or about September 21, 2010, the defendant was convicted (by plea) in the Superior Court of California, Los Angeles County, Southwest District, of voluntary manslaughter, in violation of California Penal Code § 192(a), and was sentenced to 11 years' imprisonment. This conviction is an aggravated felony under the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(43)(F).

4. On or about August 8, 2018, the defendant was removed from the United States to El Salvador.

5. On or about December 2, 2021, the defendant was arrested by the United States Border Patrol. On or about May 13, 2022, the defendant was convicted in the United

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

States District Court for the Southern District of California, of illegal reentry, in violation of 8 U.S.C. § 1326, and was sentenced to 15 months' imprisonment. See United States v. Jose Reynaldo Argueta-Ventura, Docket No. 21-CR-3558 (JLS).

6. On or about January 27, 2023, the defendant was removed from the United States to El Salvador for the second time.

7. On or about October 18, 2025, the defendant was arrested in Suffolk County, New York for assault in the second degree, in violation of New York Penal Law § 120.05(1).

8. The defendant was fingerprinted by law enforcement in connection with the arrests described above in paragraphs 3 and 7. The defendant was also fingerprinted in connection with his removals from the United States, described above in paragraphs 4 and 6. A biometric comparison has confirmed that all these fingerprint sets match.

9. A search of immigration records has revealed that there exists no record indicating that the defendant obtained permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to apply for admission or to reenter the United States.

WHEREFORE, your deponent respectfully requests that the defendant JOSE REYNALDO ARGUETA-VENTURA, also known as “Carlos Argueta” and “Juan Portillo, be dealt with according to law, and that a warrant issue for his arrest.

CRAIG V LIMONCELLI
Digitally signed by CRAIG V LIMONCELLI
Date: 2026.09.17 17:16:25 -04'00'

CRAIG LIMONCELLI
Deportation Officer, United States Department of Homeland Security, United States Immigration and Customs Enforcement

Sworn to before me this
17th day of September, 2026

Steven Tiscione

THE HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK